UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SAMUEL SHAW, JR.,     )
             )
    Plaintiff,    )
             )
v.           )  No. 3:18-CV-155-TAV-DCP
             )
MIKE PARRIS,      )
STANTON HIEDLE,    )
TOMMY JEFFERS,    )
M. MONKHOUSE, and   )
STEVE CANTRELL,    )
             )
    Defendants.   )

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Defendants' motion for summary judgment [Doc. 103] is **GRANTED**, Defendants' motion to dismiss [Doc. 107] is **DENIED** as moot, and this action is **DISMISSED without prejudice**.

Because the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

  **IT IS SO ORDERED.**


           s/ Thomas A. Varlan
           UNITED STATES DISTRICT JUDGE
ENTERED AS A JUDGMENT

  LeAnna R. Wilson
  CLERK OF COURT